THE STATE, DEFENDANT IN ERROR, v. WILBUR J. FLYNN, PLAINTIFF IN ERROR.

Submitted March 23, 1908—Decided March 1, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Charles T. Cowenhoven.*

For the defendant in error, *George Berdine,* prosecutor of the pleas.

PER CURIAM.

This case raises the same questions that are involved in the case between the same parties, No. 15 of the March Term. For the reasons set forth in the opinion of the Chancellor in that case the judgment under review herein should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J. 13.